# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | |
|---|---|
| **NISUS CORPORATION,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) No.: 3:03-CV-120 |
| | ) |
| **PERMA-CHINK SYSTEMS, INC.,** | ) |
| | ) |
| **Defendant.** | ) |

## ORDER

For the reasons set forth in the accompanying memorandum opinion, Perma-Chink's motion for summary judgment of patent unenforceability due to inequitable conduct [Doc. 228] is hereby **DENIED.**

IT IS SO ORDERED.

                                                    s/ Thomas A. Varlan
                                                    UNITED STATES DISTRICT JUDGE