UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| NISUS CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:03-CV-120 |
| | ) | (VARLAN/SHIRLEY) |
| PERMA-CHINK SYSTEMS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

This matter is before the undersigned pursuant to 28 U.S.C. § 636(b), the Rules of this Court, and by Order [Doc. 362] of the Honorable Thomas A. Varlan, United States District Judge, for disposition of various motions in limine [Docs. 334, 335, 340, 342, 348, 352].

Nisus has filed a motion [Docs. 363], seeking to withdraw their motions in limine. For good cause shown, Nisus' Motion to Withdraw [Doc. 363] is **GRANTED**. Nisus' Motion in Limine Regarding Perma-Chink's Stated Objections to the Anticipated Testimony from the Industry Expert, Gary D. Curl [Doc. 334], Nisus' Motion in Limine to Exclude Information Relating to the Pauly Declaration [Doc. 335], Nisus' Motion in Limine to Preclude Reference to Nisus I Patent Infringement Dispositions [Doc. 340], Nisus' Motion in Limine to Limit Defendant Perma-Chink's Inequitable Conduct and Fruad Charges to Pleaded Allegations [Doc. 342], Nisus' Motion in Limine to Exclude Defendant Perma-Chink's Unsupportable Inequitable Conduct Charges [Doc. 348], and

Nisus' Motion in Limine to Strike Portions of the Expert Report and Testimony of Keith Leffler [Doc. 352] are deemed **WITHDRAWN**.

**IT IS SO ORDERED.**

ENTER:

  s/ C. Clifford Shirley, Jr.  
United States Magistrate Judge