# United States District Court

| EASTERN | DISTRICT OF | TENNESSEE |

NISUS CORPORATION　　　　　　　　　　　　　　　**JUDGMENT IN A CIVIL CASE**

V.

PERMA-CHINK SYSTEMS, INC.　　　　　　　　　　　CASE NUMBER: 3:03-cv-120

[ ] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant. The Court adjudges unenforceable all claims of the United States Patent No. 6,426,095 B2.

　

March 16, 2006　　　　　　　　　　　　　　　　　Patricia L. McNutt, Clerk
Date

　　　　　　　　　　　　　　　　　　　　　　　　By　　A. Beeler
　　　　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk